UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| MANUEL L. TRIANA,<br><br>          Plaintiff,<br><br>          v.<br><br>ANDREW M. SAUL,<br>Commissioner of Social Security,<br><br>          Defendant. | Case No. 2:19-cv-04397-RSWL (JDEx)<br><br>JUDGMENT |

    In accordance with the Order Accepting Report and Recommendation of United States Magistrate Judge filed herewith,

    IT IS HEREBY ADJUDGED that the decision of the Commissioner of Social Security is reversed and this matter is remanded for further administrative proceedings consistent with the Report and Recommendation.

Dated: March 20, 2020

                                       _s/ RONALD S.W. LEW_____
                                       RONALD S. W. LEW
                                       United States District Judge